■ JAMES H. KLOCK, Plaintiff, and ALICE KLOCK, Appellant, v WEGMAN'S FOOD MARKET, INC., Respondent.—Order unanimously affirmed, without costs. Memorandum: In view of the conflicting evidence regarding the severity of plaintiff's knee injury and the extent to which it was proximately caused by defendant's negligence, the award of $5,000 is supported by the evidence and does not shock the conscience of the court (*O'Connor v Roth*, 104 AD2d 933). (Appeal from order of Supreme Court, Onondaga County, Miller, J.—negligence.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Pine, JJ.